```
TIMOTHY J. YOO (State Bar 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Heide Kurtz
Chapter 7 Trustee
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:18-bk-14756-BR |
|---|---|
| G.H. COOPER PROPERTIES, | Chapter 7 |
| Debtor. | **NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** |
| | [No Hearing Required] |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that Heide Kurtz, the Chapter 7 trustee (the "Trustee," or "Applicant") for the estate of G.H. Cooper Properties (the "Debtor"), has filed an application (the "Application") to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel pursuant to 11 U.S.C. § 327, with compensation pursuant to 11 U.S.C. § 330, and effective as of May 3, 2018. A copy of the complete Application is on file with the Court and may be obtained by submitting a written request to LNBYB, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ LNBYB as its bankruptcy counsel to render, among others, the following types of professional services:

a. assisting with the analysis and administration of interests in various entities holding real properties, potential claims for professional negligence against DLA Piper, claims against Katig, Inc. for reimbursement of legal costs, and claims for distributions and costs arising in Los Angeles Superior Court Case Nos. SC124534 and SC125940;

b. advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee ("OUST") as they pertain to the Debtor;

c. advising Applicant with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

d. representing Applicant in any proceeding or hearing in the Bankruptcy Court involving its estate unless Applicant is represented in such proceeding or hearing by other special counsel;

e. conducting examinations of witnesses, claimants or adverse parties and representing Applicant in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

f. preparing and assisting the Applicant in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

g. investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

h. performing any other services which may be appropriate in LNBYB's representation of Applicant during the bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that LNBYB is a firm which specializes in the practice of bankruptcy law and has represented chapter 7 trustees in many bankruptcy cases for numerous years.

**PLEASE TAKE FURTHER NOTICE** that to the best of Applicant's knowledge and based upon the Declaration of Timothy J. Yoo, LNBYB and all attorneys associated with LNBYB who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST.   In addition, LNBYB has represented the Trustee in unrelated cases before the United States Bankruptcy Court.  Such prior representation does not affect the proposed representation herein.

**PLEASE TAKE FURTHER NOTICE** that because LNBYB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBYB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate litigation.  LNBYB will not be required to represent or advise the Trustee in matters which LNBYB believes are beyond LNBYB's expertise such as the areas of law just described.  In addition, LNBYB will not be required to represent the Trustee in matters where LNBYB determines that it lacks the ability to staff the matter adequately, such as in certain, major complex litigation.

**PLEASE TAKE FURTHER NOTICE** that no compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code. The hourly rates of attorneys and paraprofessionals of LNBYB are set forth on the attached schedule.  LNBYB has not received any retainer for legal services in contemplation of and in connection with this case.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), be filed and served on the Trustee, her counsel, and the Office of the United States Trustee not later than 14 days from the date of service of this Notice, plus 3 additional days if the notice was served by mail, electronically, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D), (E), or (F).

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

DATED: June 1, 2018

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:   */s/ Timothy J. Yoo*
TIMOTHY J. YOO
CARMELA T. PAGAY
Attorneys for Heide Kurtz
Chapter 7 Trustee

| **ATTORNEYS** | **2018 Rates** |
|---|---|
| DAVID W. LEVENE | 595 |
| DAVID L. NEALE | 595 |
| RON BENDER | 595 |
| MARTIN J. BRILL | 595 |
| TIMOTHY J. YOO | 595 |
| GARY E. KLAUSNER | 595 |
| EDWARD M. WOLKOWITZ | 595 |
| DAVID B. GOLUBCHIK | 595 |
| BETH ANN R. YOUNG | 580 |
| MONICA Y. KIM | 580 |
| DANIEL H. REISS | 580 |
| IRVING M. GROSS | 580 |
| PHILIP A. GASTEIER | 580 |
| EVE H. KARASIK | 580 |
| TODD A. FREALY | 580 |
| KURT RAMLO | 580 |
| JACQUELINE L. RODRIGUEZ | 565 |
| JULIET Y. OH | 565 |
| TODD M. ARNOLD | 565 |
| CARMELA T. PAGAY | 565 |
| ANTHONY A. FRIEDMAN | 565 |
| KRIKOR J. MESHEFEJIAN | 565 |
| JOHN-PATRICK M. FRITZ | 565 |
| LINDSEY L. SMITH | 495 |
| JEFFREY KWONG | 425 |
| PARAPROFESSIONALS | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 5, 2018**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron    saron@wrslawyers.com
- Howard Camhi    hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- Michael A Geibelson    mageibelson@rkmc.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
- Lucas A Messenger    LAMessenger@rkmc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 5, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
G.H. Cooper Properties
c/o Wolf, Rifkin, et al.
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 5, 2018 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:18-bk-14756-BR<br>Central District of California<br>Los Angeles<br>Tue Jun  5 13:14:55 PDT 2018 | G.H. Cooper Properties<br>c/o Wolf, Rifkin, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064-1582 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Adam Grotsky<br>AmEmbassy India<br>9000 New Delhi Place<br>Dulles, VA 20189-9005 | Adam Rosenberg<br>2 Skyview Court<br>Oyster Bay, NY 11791-1116 | Alex Harding<br>6 Lincoln Street, #408<br>Denver, CO 80203-3947 |
| Anita Brown<br>Brown Family Rev Trust<br>7741 S Butte Ave<br>Tempe, AZ 85284-1647 | Annette Lester<br>Annette Lester Revocable Trust<br>6675 Rienzo Street<br>Lake Worth, FL 33467-7039 | Arvada Investment Group LLC<br>52 Marketplace Apartments<br>1112 Montana Avenue #720<br>Santa Monica, CA 90403-7219 |
| Brad Blumenfeld<br>B Real LLC<br>300 Robbins Lane<br>Syosset, NY 11791-6012 | Brian Shafton<br>The Shafton Family Trust<br>4166 Dixie Canyon Avenue<br>Sherman Oaks, CA 91423-4338 | Bruce Stern<br>Stern Family Trust<br>16425 East Gale Street<br>City of Industry, CA 91745-1722 |
| Cary and Marsha Cooper<br>The Cooper Family Trust<br>PO Box 5619<br>Breckenridge, CO 80424-5619 | Charity Smith<br>6 Shadow Stone<br>The Wetlands, TX 77381-4802 | Christopher McElroy<br>1300 East Gene Autry Way<br>Anaheim, CA 92805-6717 |
| David Shapiro<br>Shapiro Family Trust<br>8019 Echo Cliff Lane<br>Las Vegas, NV 89129-4880 | Deborah Singer<br>Deborah Singer 2005 Trust<br>4020 Prado Del Trigo Dr<br>Calabasas, CA 91302-3644 | Dudley and Arline Pepp<br>Dudley H and Arline Pepp Family Trust<br>612 North Alta Drive<br>Beverly Hills, CA 90210-3504 |
| Ernie Blake<br>MB Virginia Investors LLC<br>4343 S Holly St<br>Engelwood, CO 80111-1141 | Hollye Grayson<br>789 Lockearn Avenue<br>Los Angeles, CA 90049-1501 | JP Wolk<br>Wolk Family Trust Dated 1989<br>16425 East Gale Street<br>City of Industry, CA 91745-1722 |
| Jacob Kotzubei<br>c/o Platinum Equities<br>360 North Crescent Drive<br>Beverly Hills, CA 90210-4874 | Jay Goldberg<br>347 24th Street<br>Santa Monica, CA 90402-2517 | Jeff Sinaiko<br>Jeffrey Sinaiko Trust<br>12058 Coyne Avenue<br>Los Angeles, CA 90049-4120 |
| Jeff Sinaiko<br>Jeffrey Sinaiko Trust<br>659 E. Channel Road<br>Santa Monica, CA 90402-1315 | Jeff Singer<br>Jeffrey and Kellie Singer Childrens Trus<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 | Jeff Singer<br>R Singer Trust<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 |
| Jeff Singer<br>Singer Childrens 2002 Irrevocable Trust<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 | Jeff Singer<br>Singer Family Trust<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 | Joel Freeman<br>360 Encino Drive<br>Oakview, CA 93022 |

| | | |
|---|---|---|
| John R Thomas<br>John R Thomas Insurance Trust<br>PO Box 8770<br>Breckenridge, CO 80424-9001 | Jon Greenberg<br>Greenberg Revocable Trust<br>16425 East Gale Avenue<br>City of Industry, CA 91745-1722 | Julie Smith<br>125 West 56th Street 4B<br>New York, NY 10019-3851 |
| Kerry and Jill Samovar<br>17153 Adlon Road<br>Encino, CA 91436-3816 | LCPV LLC<br>Attn Joel Freeman<br>320 Encino Drive<br>Oakview, CA 93022-9529 | Lamar Kendall Investment Group<br>1112 Montana Avenue 720<br>Santa Monica, CA 90403-7219 |
| Leo Goldberg<br>1167 Roxbury Drive #203<br>Los Angeles, CA 90035-1044 | Leonard Venger<br>Venger Family Trust<br>4719 Ellenita Avenue<br>Tarzana, CA 91356-4933 | Lowell Sharron<br>1075 Ravoli Dr<br>Pacific Palisades, CA 90272-3918 |
| Michael Goldberg<br>15 Via Marina<br>Marina Del Rey, CA 90292-7126 | Michael Goldberg<br>The Goldberg Family Trust<br>15 Via Marina<br>Marina Del Rey, CA 90292-7126 | Michael Lester<br>Annette Lester Revocable Trust<br>6675 Rienzo Street<br>Lake Worth, FL 33467-7039 |
| Mike Singer<br>Innovative Capital LLC<br>25334 Prado de la Felicidad<br>Calabasas, CA 91302-3649 | Mike Singer<br>Singer 1995 Family Trust<br>25334 Prado de la Felicidad<br>Calabasas, CA 91302-3649 | Mitchell Quaranta<br>Quaranta Family Trust<br>16425 East Gale Street<br>City of Industry, CA 91745-1722 |
| Patricia Thomas<br>Patricia B Thomas Trust<br>PO Box 8770<br>Breckenridge, CO 80424-9001 | Richard Lester<br>604 Spruce Lane<br>Villanova, PA 19085-1808 | Sanford L. Michelman Esq<br>Michelman & Robinson LLP<br>10880 Wilshire Blvd 19th Floor<br>Los Angeles, CA 90024-4120 |
| Sherrel Investment Group LLC<br>1875 Century Park East #2200<br>Los Angeles, CA 90067-2523 | Simon Aaron Esq<br>Wolf Rifkin Shapiro Schulman & Rabkin<br>11400 West Olympic Blvd, 9th Floor<br>Los Angeles, CA 90064-1582 | Stephanie Rogall<br>16107 W Huron Dr<br>Sun City West, AZ 85375-6696 |
| Stephen Weseley<br>PO Box 855<br>Breckenridge, CO 80424-0855 | Straight Creek Investment Group LLC<br>1875 Century Park East Suite 2200<br>Los Angeles, CA 90067-2523 | Todd Grayson<br>Kagtig Inc<br>149 S Barrington Avenue Suite 724<br>Los Angeles, CA 90049-3310 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Ste 1850<br>Los Angeles, CA 90017-3560 | Village West Investment Group<br>c/o Pasternak and Pasternak<br>1875 Century Park East Suite 2200<br>Los Angeles, CA 90067-2523 | William Rake<br>Rake Family Trust<br>16542 Ventura Blvd #200<br>Encino, CA 91436-2092 |
| Zuni Investment Group LLC<br>aka Cielo Vista<br>c/o Cooper Properties<br>1112 Montana Avenue #720<br>Santa Monica, CA 90403-7219 | Heide Kurtz (TR)<br>515 S Western Avenue #N<br>San Pedro, CA 90732-3643 | Simon Aron<br>Wolf, Rifkin, Shapiro & Schulman LLP<br>11400 W Olympic Blvd 9th Fl<br>Los Angeles, CA 90064-1582 |

Todd Grayson
Katig Inc
149 S. Barrington Avenue, Suite 724
Los Angeles, CA 90049-3310

Case 2:18-bk-14756-BR    Doc 34    Filed 06/05/18    Entered 06/05/18 13:24:10    Desc
Main Document    Page 9 of 9

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    60
Bypassed recipients     1
Total                  61