**HEIDE KURTZ**
**2515 S. WESTERN AVE., #11**
**SAN PEDRO, CA 90732**
**PHONE: (310) 832-3604**
**EMAIL:** *trustee@hkurtzco.com*

**CHAPTER 7 TRUSTEE**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>G.H. COOPER PROPERTIES<br><br><br><br><br><br><br>Debtor. | Case No. 2:18-bk-14756-BR<br><br>Chapter 7<br><br>**TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS; DECLARATIONS OF ACCOUNTANT AND CHAPTER 7 TRUSTEE**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND OTHER INTERESTED PARTIES**

      Heide Kurtz (hereinafter the "Trustee" or "Applicant") applies to the court for an order authorizing the employment of Hahn Fife & Company, LLP (hereinafter "Hahn Fife"), as her accountants (hereinafter "Application") and respectfully represents as follows:

      1.    Applicant is the duly-qualified and acting Chapter 7 Trustee in the above-captioned case.

2.   Attached as Exhibit "A" is a copy of the Notice of Application of Trustee to Employ Hahn Fife & Company, LLP as Accountants.

3.   Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife") to provide accounting services to the bankruptcy estate that include preparing and filing the necessary state and federal tax returns, review of financial documents and any other reasonable duties assigned by the Trustee.

4.   As indicated by the attached Declaration of Donald Fife is experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy estates, and tax matters included in bankruptcy estates. The firm is competent to perform the requisite accounting services in this case. The Firm's breadth of experience and length of service is described in the firm's resume, a copy of which is attached as Exhibit "B".

5.   As indicated by the attached Declaration of Donald Fife is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and the Rules. Hahn Fife has agreed to perform accounting services and to thereafter make application to this Court for compensation. Hahn Fife has further agreed and will accept as their fee such amount as is determined by the Court to be reasonable and proper.

6.   The petition will be heard upon notice to necessary parties. Hahn Fife will accept compensation and reimbursements of expenses in such amounts that the Court may award. There will be no written employment agreement apart from this Application. The only source of payment or compensation will be the estate. No retainer has been paid or is being proposed to Hahn Fife.

7. To the best of Applicant's knowledge, Hahn Fife: (1) does not hold or represent any interest adverse to Applicant, the Debtor, the creditors, and the estate; (2) has no connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section 101(14) and used in 11 U.S.C. Section 327(a); and (4) holds no pre-petition claim against the estate.

WHEREFORE, Applicant respectfully requests an order: (1) authorizing him to employ Hahn Fife as accountants, effective June 8, 2018, as an administrative expense of the estate upon the terms and conditions in this application; (2) granting for such other and further relief as is just and proper.

DATED: JUN 1 8 2018

Heide Kurtz
Chapter 7 Trustee

3

## DECLARATION OF HEIDE KURTZ

I, Heide Kurtz, declare as follows:

1. I am the duly acting and qualified Chapter 7 Trustee of the estate of *G.H. Cooper Properties* ("Debtor").

2. I have personal knowledge of the facts in this declaration; except those facts that are based upon information and belief and as to those facts I believe such facts to be true. If called as a witness, I could competently testify to the facts in this declaration.

3. I have determined that it was necessary to employ certified public accountants to provide accounting services that include review of accounts receivables, analysis of potential avoidance actions, preparing and filing the necessary federal and state tax returns, review of financial records and any other reasonable duties assigned by the Trustee in this estate.

4. I desire to utilize Hahn Fife's accounting expertise and services and to employ Hahn Fife as my accountants, effective June 8, 2018. I believe that Hahn Fife's employment is economical and prudent.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Pedro, California, on  JUN 1 8 2018 .

Heide Kurtz
Chapter 7 Trustee

4

# DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare as follows:

1. I am a duly-licensed certified public accountant in the State of California and Partner of Hahn Fife & Company, LLP, (the "firm").

2. I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3. Hahn Fife is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets. The firm is competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the firm's resume, a copy of which is attached as Exhibit B.

4. I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5. I agree to the terms and conditions of employment in the foregoing application. I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. I understand that my compensation may be modified under U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to me.

6. The firm does not hold or represent any interest adverse to Applicant, the Debtor, the creditors, and the estate. The firm has no connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, United States Trustee, and person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California. The firm is disinterested as that term is defined in 11 U.S.C. Section 101(14). The firm holds no pre-petition claim against the estate.

7. I agree that I will not share my compensation with any person or entity.

5

1  8. Attached as Exhibit "C" is a schedule of the firm's rate of reimbursement of expenses. The firm's rates range from $80.00 for Staff to $420.00 for Partner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Pasadena, California on ___6-14-18___.

DONALD T. FIFE
Hahn Fife & Company, LLP

**EXHIBIT A**

**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS**

1  **HEIDE KURTZ**
   2515 S. WESTERN AVE., SUITE 11
2  **SAN PEDRO, CA 90732**
   **PHONE:  (310) 832-3604**
3  **EMAIL:**  *trustee@hkurtzco.com*

4  **CHAPTER 7 TRUSTEE**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | ) | Case No. 2:18-bk-14756-BR |
|---|---|---|
| G.H. COOPER PROPERTIES | ) | Chapter 7 |
| | ) | **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS** |
| | ) | [No Hearing Required] |
| Debtor. | ) | |

**TO ALL PARTIES IN INTEREST:**

      **NOTICE IS HEREBY GIVEN** that Heide Kurtz (hereinafter the "Trustee" or "Applicant") intends to submit an application to employ Hahn Fife & Company, LLP, as her accountants in the above-captioned bankruptcy proceeding effective June 8, 2018 as the date when services commenced.

      The scope of Hahn Fife & Company's employment will include review of financial records, preparing and filing the state and federal tax returns, as well as preparing bankruptcy estate accounting necessary to the preparation of said tax returns and other reasonable duties assigned by the Trustee.

7

1    A copy of the Application may be obtained upon written request to Hahn Fife &
2 Company, LLP at 790 E. Colorado Blvd., 9th Floor, Pasadena, California 91101.
3    The Firm will apply to the Court for approval of compensation in accordance with
4 the provisions of 11 U.S.C. Section 330 and agrees to accept as compensation such sums as the
5 Court may allow pursuant to 11 U.S.C. Section 330.
6    Except at provided herein, to the best of Trustee's knowledge, and based upon the
7 statement of disinterestedness filed concurrently herewith,
8    a. Neither the Firm nor any of the attorneys employed by the Firm has
9 any connection with the Debtor, the Trustee, insiders, creditors, or any other party or parties in
10 interest, their respective attorneys and accountants, or any person employed in the Office of the
11 United States Trustee;
12    b. The Firm is not a creditor, an equity security holder or an insider of
13 the Debtor;
14    c. The Firm is not and was not an investment banker for any
15 outstanding security of the Debtor;
16    d. The Firm has not been within three (3) years before the date of the
17 filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for
18 such an investment banker in connection with the offer, sale or issuance of any security of the
19 Debtor;
20    e. The Firm is not and was not, within two (2) years before the date of
21 the filing of the petition herein, a director, officer or employee of the Debtor or of any investment
22 banker for any security of the Debtor;
23    f. The Firm does not represent an individual or entity which holds a
24 interest adverse to the estate; and
25    g. None of the Firm's partners or employees is related to the
26 bankruptcy judge in this case.
27
28

1. The Firm is disinterested within the meaning of 11 U.S.C. Section 327(a) and 101(14).

2. The Firm has no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, and no part of the accountant's fees or expenses awarded to the Firm will be paid to any other entity.

3. The Firm will not receive a retainer in this case. The employment of the Firm is in the best interests of the Trustee and the estate.

4. The terms of employment of the Firm agreed to by the Trustee, subject to approval of the Court, are that the Firm will undertake representation of the Trustee at a rate between $80.00 and $280.00 per hour for Staff and $420.00 per hour for Partners.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

Dated: JUN 1 8 2018

Heide Kurtz
Trustee

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6-20-18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**   saron@wrslawyers.com
- **Howard Camhi**   hcamhi@ecjlaw.com, lpekrul@ecjlaw.com
- **Michael A Geibelson**   mageibelson@rkmc.com
- **Heide Kurtz (TR)**   trustee@hkurtzco.com, C169@ecfcbis.com
- **Lucas A Messenger**   LAMessenger@rkmc.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6-20-18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / G.H. Cooper Properties / c-o Wolf, Rifkin et al / 11400 W. Olympic Blvd., 9th Fl. / Los Angeles, CA 90064

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6-20-18 | Martha Quintero | *Martha Quintero* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      10                     F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:18-bk-14756-BR<br>Central District of California<br>Los Angeles<br>Sat Jun 9 18:43:40 PDT 2018 | G.H. Cooper Properties<br>c/o Wolf, Rifkin, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064-1582 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Adam Gretsky<br>AmEmbassy India<br>9000 New Delhi Place<br>Dulles, VA 20189-9005 | Adam Rosenberg<br>2 Skyview Court<br>Oyster Bay, NY 11791-1116 | Alex Harding<br>6 Lincoln Street, #408<br>Denver, CO 80203-3947 |
| Anita Brown<br>Brown Family Rev Trust<br>7741 S Butte Ave<br>Tempe, AZ 85284-1647 | Annette Lester<br>Annette Lester Revocable Trust<br>6675 Rienzo Street<br>Lake Worth, FL 33467-7039 | Arvada Investment Group LLC<br>52 Marketplace Apartments<br>1112 Montana Avenue #720<br>Santa Monica, CA 90403-7219 |
| Brad Blumenfeld<br>B Real LLC<br>300 Robbins Lane<br>Syosset, NY 11791-6012 | Brian Shafton<br>The Shafton Family Trust<br>4166 Dixie Canyon Avenue<br>Sherman Oaks, CA 91423-4338 | Bruce Stern<br>Stern Family Trust<br>16425 East Gale Street<br>City of Industry, CA 91745-1722 |
| Cary and Marsha Cooper<br>The Cooper Family Trust<br>PO Box 5619<br>Breckenridge, CO 80424-5619 | Charity Smith<br>6 Shadow Stone<br>The Wetlands, TX 77381-4802 | Christopher McElroy<br>1300 East Gene Autry Way<br>Anaheim, CA 92805-6717 |
| David Shapiro<br>Shapiro Family Trust<br>8019 Echo Cliff Lane<br>Las Vegas, NV 89129-4880 | Deborah Singer<br>Deborah Singer 2005 Trust<br>4020 Prado Del Trigo Dr<br>Calabasas, CA 91302-3644 | Dudley and Arline Pepp<br>Dudley H and Arline Pepp Family Trust<br>612 North Alta Drive<br>Beverly Hills, CA 90210-3504 |
| Ernie Blake<br>MB Virginia Investors LLC<br>4343 S Holly St<br>Englewood, CO 80111-1141 | Hollye Grayson<br>789 Lockearn Avenue<br>Los Angeles, CA 90049-1501 | JP Wolk<br>Wolk Family Trust Dated 1989<br>16425 East Gale Street<br>City of Industry, CA 91745-1722 |
| Jacob Kotzubei<br>c/o Platinum Equities<br>360 North Crescent Drive<br>Beverly Hills, CA 90210-4874 | Jay Goldberg<br>347 24th Street<br>Santa Monica, CA 90402-2517 | Jeff Sinaiko<br>Jeffrey Sinaiko Trust<br>12058 Coyne Avenue<br>Los Angeles, CA 90049-4120 |
| Jeff Sinaiko<br>Jeffrey Sinaiko Trust<br>659 E. Channel Road<br>Santa Monica, CA 90402-1315 | Jeff Singer<br>Jeffrey and Kellie Singer Childrens Trus<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 | Jeff Singer<br>R Singer Trust<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 |
| Jeff Singer<br>Singer Childrens 2002 Irrevocable Trust<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 | Jeff Singer<br>Singer Family Trust<br>25325 Prado De Los Gansos<br>Calabasas, CA 91302-3625 | Joel Freeman<br>360 Encino Drive<br>Oakview, CA 93022 |

11

| | | |
|---|---|---|
| John R Thomas<br>John R Thomas Insurance Trust<br>PO Box 8770<br>Breckenridge, CO 80424-9001 | Jon Greenberg<br>Greenberg Revocable Trust<br>16425 East Gale Avenue<br>City of Industry, CA 91745-1722 | Julie Smith<br>125 West 56th Street 4B<br>New York, NY 10019-3851 |
| Kerry and Jill Samovar<br>17153 Adlon Road<br>Encino, CA 91436-3816 | LCPV LLC<br>Attn Joel Freeman<br>320 Encino Drive<br>Oakview, CA 93022-9529 | Lamar Kendall Investment Group<br>1112 Montana Avenue 720<br>Santa Monica, CA 90403-7219 |
| Leo Goldberg<br>1167 Roxbury Drive #203<br>Los Angeles, CA 90035-1044 | Leonard Venger<br>Venger Family Trust<br>4719 Ellenita Avenue<br>Tarzana, CA 91356-4933 | Lowell Sharron<br>1075 Ravoli Dr<br>Pacific Palisades, CA 90272-3918 |
| Michael Goldberg<br>15 Via Marina<br>Marina Del Rey, CA 90292-7126 | Michael Goldberg<br>The Goldberg Family Trust<br>15 Via Marina<br>Marina Del Rey, CA 90292-7126 | Michael Lester<br>Annette Lester Revocable Trust<br>6575 Rienzo Street<br>Lake Worth, FL 33467-7039 |
| Mike Singer<br>Innovative Capital LLC<br>25334 Prado de la Felicidad<br>Calabasas, CA 91302-3649 | Mike Singer<br>Singer 1995 Family Trust<br>25334 Prado de la Felicidad<br>Calabasas, CA 91302-3649 | Mitchell Quaranta<br>Quaranta Family Trust<br>16425 East Gale Street<br>City of Industry, CA 91745-1722 |
| Patricia Thomas<br>Patricia B Thomas Trust<br>PO Box 8770<br>Breckenridge, CO 80424-9001 | Richard Lester<br>604 Spruce Lane<br>Villanova, PA 19085-1808 | Sanford L. Michelman Esq<br>Michelman & Robinson LLP<br>10880 Wilshire Blvd 19th Floor<br>Los Angeles, CA 90024-4120 |
| Sherrel Investment Group LLC<br>1875 Century Park East #2200<br>Los Angeles, CA 90067-2523 | Simon Aaron Esq<br>Wolf Rifkin Shapiro Schulman & Rabkin<br>11400 West Olympic Blvd, 9th Floor<br>Los Angeles, CA 90064-1582 | Stephanie Rogall<br>16107 W Huron Dr<br>Sun City West, AZ 85375-6696 |
| Stephen Weseley<br>PO Box 855<br>Breckenridge, CO 80424-0855 | Straight Creek Investment Group LLC<br>1875 Century Park East Suite 2200<br>Los Angeles, CA 90067-2523 | Todd Grayson<br>Kagtiq Inc<br>149 S Barrington Avenue Suite 724<br>Los Angeles, CA 90049-3310 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Village West Investment Group<br>c/o Pasternak and Pasternak<br>1875 Century Park East Suite 2200<br>Los Angeles, CA 90067-2523 | William Rake<br>Rake Family Trust<br>16542 Ventura Blvd #200<br>Encino, CA 91436-2092 |
| Zuni Investment Group LLC<br>aka Cielo Vista<br>c/o Cooper Properties<br>1112 Montana Avenue #720<br>Santa Monica, CA 90403-7219 | Haide Kurtz (TR)<br>2515 S. Western Avenue #11<br>San Pedro, CA 90732-4643 | Simon Aron<br>Wolf, Rifkin, Shapiro & Schulman LLP<br>11400 W Olympic Blvd 9th Fl<br>Los Angeles, CA 90064-1582 |

12

**EXHIBIT B**

**FIRM STATEMENT OF QUALIFICATIONS -- HAHN FIFE & COMPANY, LLP**

## *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate: $420.00

**EXHIBIT C**

**EXPENSE REIMBURSEMENT RATE WORKSHEET -- HAHN FIFE & COMPANY, LLP**

## RATES FOR REIMBURSEMENT OF INCURRED EXPENSES
## HAHN FIFE & COMPANY, LLP

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER - INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6-20-18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com
- **Howard Camhi**    hcamhi@ecjlaw.com, lpekrul@ecjlaw.com
- **Michael A Geibelson**    mageibelson@rkmc.com
- **Heide Kurtz (TR)**    trustee@hkurtzco.com, C169@ecfcbis.com
- **Lucas A Messenger**    LAMessenger@rkmc.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6-20-18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / G.H. Cooper Properties / c-o Wolf, Rifkin et al / 11400 W. Olympic Blvd., 9th Fl. / Los Angeles, CA 90064

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6-20-18 | Martha Quintero | *(signed)* Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE