HEIDE KURTZ
2515 S. WESTERN AVE., #11
SAN PEDRO, CA 90732
(310) 832-3604 Phone
*trustee@hkurtzco.com*

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>G.H. COOPER PROPERTIES<br><br><br><br>Debtor. | Case No. 2:18-bk-14756 BR<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE SET CLAIMS BAR DATE**<br><br>[No Hearing Required] |
|---|---|

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

HEIDE KURTZ, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

Dated: September 10, 2018            /s/ Heide Kurtz
                                     HEIDE KURTZ
                                     Chapter 7 Trustee