# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>G.H. Cooper Properties<br>**SSN:** N/A<br>**EIN:** 95−4556521<br><br>c/o Wolf, Rifkin, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064 | **BANKRUPTCY NO.** 2:18−bk−14756−BR<br>**CHAPTER** 7 |

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before December 14, 2018**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: September 10, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court