TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyb.com
GARY E. KLAUSNER (State Bar No. 69077)
gek@lnbyb.com
KURT RAMLO (State Bar No. 166856)
kr@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Heide Kurtz, Chapter 7 Trustee

**FILED & ENTERED**

**OCT 09 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>G.H. COOPER PROPERTIES, INC.,<br><br>Debtor. | Case No. 2:18-bk-14756-BR<br><br>Chapter 7<br><br>**ORDER DENYING, WITHOUT PREJUDICE, CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY**<br><br>Hearing<br>Date:  September 25, 2018<br>Time:  2:00 p.m.<br>Place:  Courtroom 1668<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

On September 25, 2018 at 2:00 p.m., the *Chapter 7 Trustee's Motion to Approve Compromise of Controversy* ("Motion") [Doc 91] came on for hearing before the Honorable Barry Russell, United States Bankruptcy Judge, Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90012.  The Trustee appeared through his counsel herein, Kurt Ramlo and Gary E. Klausner of Levene, Neale, Bender, Yoo & Brill L.L.P.  Other appearances were noted in the record.

Based upon the pleadings, records and documents on file herein, the Court having considered the Motion as well as the oppositions thereto, and having considered the argument of counsel, for the reasons stated on the record, it is hereby

**ORDERED** that the Motion shall be and is hereby denied, without prejudice.

### ###

Date: October 9, 2018

_____
Barry Russell
United States Bankruptcy Judge